**Order filed January 28, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00931-CV
_____

### ALBERT MORRIS AND TILDA MORRIS, Appellant

### V.

### AMERICAN HOME MORTGAGE SERVICING AND WELLS FARGO TRUSTEE, Appellees

**On Appeal from the 400th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 12-DCV-197669**

## O R D E R

Appellant's brief was due December 27, 2013. No brief or motion for extension of time has been filed.

Unless appellant files a brief with the clerk of this court on or before **February 24, 2014**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM